UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **EMMANUEL QUENTIN WYLIE**, <br><br> Plaintiff, <br><br> v. <br><br> **HOME DEPOT**, <br> Defendant. | 2:20-cv-11316 <br><br> HON. TERRENCE G. BERG <br><br><br> **ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE** |

On April 10, 2020, Plaintiff filed the complaint in the instant matter in the United States District Court for the District of Columbia. ECF No. 1. On March 27, 2020, the District of Columbia transferred the case to this Court. *Id.* However, Plaintiff is an enjoined filer in the Eastern District of Michigan. *See* Case No. 2:19-cv-12605-DPH-MJH, ECF No. 6 (filed Oct. 30, 2019).[1]

As part of the Order enjoining Plaintiff from filing in this District, the Court ordered that Plaintiff must make a written request for, and receive permission from, the judge assigned to any new proposed

---

[1] Chief Judge Hood's Order is attached to the Court's present order.

complaint before filing any new action. *Id.* at PageID.22. Plaintiff has failed to follow this procedure.

Accordingly, the Court will **DISMISS** Plaintiff's Complaint **WITHOUT PREJUDICE**.

**SO ORDERED.**

Dated: 5/26/2020                 s/Terrence G. Berg
                                 TERRENCE G. BERG
                                 UNITED STATES DISTRICT JUDGE